UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY PEREZ,

    Petitioner,

    v.

J. HAMLETT, Warden,

    Respondent.

                               /

No. C 04-2155 PJH (PR)

**JUDGMENT**

The court having entered a ruling today denying the petition for a writ of habeas corpus, judgment is entered in favor of respondent and against petitioner. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 7/30/07

                                       PHYLLIS J. HAMILTON
                                       United States District Judge

G:\PRO-SE\PJH\HC.04\PEREZ155.JUD.wpd